# CERTIFICATE OF SECRETARY
# OF
# AQUAHYDREX, INC.

The undersigned, Macy Stoneback, hereby certifies as follows:

1. I am the Secretary of AquaHydrex, Inc., a Delaware corporation (the "**Company**").

2. The resolutions attached hereto in <u>Exhibit A</u> were duly adopted by the Board of Directors of the Company at a meeting of the Board of Directors on October 12, 2023, and such resolutions remain in full force and effect.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Secretary this 13th day of October, 2023.

*Macy Stoneback*

Macy Stoneback
Secretary of AquaHydrex, Inc.

# EXHIBIT A

## Resolutions Adopted by the Board of Directors of AquaHydrex, Inc.
## on October 12, 2023

**Chapter 7 Bankruptcy**

WHEREAS, AquaHydrex, Inc. (the "**Company**") has determined that it is necessary and in the best interests of the Company and its creditors, employees, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**");

NOW, THEREFORE, BE IT RESOLVED, that the Company be, and hereby is, authorized and empowered to file a voluntary petition for relief under Chapter 7 of the Bankruptcy Code (such voluntary petition, the "**Chapter 7 Case**") in a court of proper jurisdiction (the "**Bankruptcy Court**") on October 16, 2023; and

RESOLVED FURTHER, that William K. James (the "**Authorized Officer**") be, and hereby is, authorized, in the name and on behalf of the Company, appointed as the Company's authorized representative, and in such capacity, with power of delegation, be, and hereby is, authorized and empowered to execute and file on behalf of the Company, all petitions, schedules, lists, applications, pleadings and other motions, papers, agreements, consents or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's businesses.

**Retention of Professionals**

RESOLVED FURTHER, that the Company continues the retention of STINSON LLP as counsel for the Company for purposes of filing the Chapter 7 Case and otherwise in accordance with Local Bankruptcy Form 2016-1.

**General**

RESOLVED FURTHER, that in addition to the specific authorizations heretofore conferred upon the Authorized Officer (and his designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and

DocuSign Envelope ID: 6F8082F9-674C-4331-AE47-845A4AFFBCC9

RESOLVED FURTHER, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution by the Board.

*****