# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Chapter 7 |
| AQUAHYDREX, INC., | Case No. 23-14706 |
| Debtor. | **VERIFICATION OF CREDITOR MATRIX** |

The above named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: October 20, 2023

_William K. James, President, COO_
AquaHydrex, Inc.

Adolfredo Alvarez
5496 Camargo Rd
Littleton, CO 80123


ADP
1 ADP Blvd., Attn: Legal
Roseland, NJ 07068


ADT
PO Box 219004
Kansas City, MO 64121-9044


Agilent Technologies, Inc.
5301 Stevens Creek Blvd.
Santa Clara, CA 95051


Airgas
PO Box 734671
Dallas, TX 75373-4671


Alan E. Henderson
c/o True North Management Partners, LLC
2390 E. Camelback Road, Suite 203
Phoenix, AZ 85016


Albert Espinoza
4113 Avenida de la Plata
Oceanside, CA 92056


Alfred Chidembo
3/36 Campbell Street, North Wollongong
NSW 2500, Australia


Amy Neumayr
8650 Yank Court
Arvada, CO 80005

Ann Fitzgerald
665 Penhurst Circle
Longmont, CO  80504


Annika Holm
1327 W. 84th Avenue
Federal Heights, CO 80260


Antiohos Pty Lt and Dennis Antiohos
11 Abbey Street
Kembla Grange, NSW 2526, AUS


AP Ventures Fund II GP LLP
PO Box 1439, Enfield
GBR, EN1 9NB


Apex Ridge, LLC dba Apex Ridge Reliability
225 Main Street
Wenham, MA 01984


Aspen Technology, Inc.
20 Crosby Drive
Bedford, MA  01730


Atlassian Pty Ltd
Level 6, 341 George Street
Sydney         NSW   2000


Austin Power Engineering LLC
1 Cameron Street
Wellesley, MA         02482


Bamboo HR, LLC
335 South 560 West
Lindon,         UT     84042


Boedeker Plastics, Inc.

904 West 6th Street
Shiner, TX     77984


Bradley Walter
1926 Pioneer Circle
Lafayette, CO  80026


BrainWorks, Inc
16 Mount Bethel Road
Warren, NJ     07059


Brian Mahar
301 East Elm Street
Lafayette, CO  80026


Brian Moore
6229 Ingalls St.
Arvada, CO  80003


Byron Burkill
1600 Sumner St,
Longmont, CO 80501


Cameron Tavener-Smith
5912 Gunbarrel Avenue, Apt D
Boulder, CO 80301


Celina Locke
7838 Greenleaf Lane
Denver, CO  80221


CenturyLink
PO Box 91155
Seattle, WA    98111-9255


Chenguang Yang
836 Bruce Drive

Palo Alto, CA  94303

Chris Spiller
6145 Garland Street
Arvada, CO  80004

Christopher R. Mirick
65 Kingsbury Street
Wellesley, MA	02481

Cintas Corporation
5100 Race Court
Denver, CO	80216

City of Louisville Sales Tax Department
749 Main Street
Louisville, CO	80027

CleanPro Janitorial Service
4086 South Orleans Court
Aurora, CO	80013

Colorado Courier
PO Box 1701
Longmont, CO	80502

Colorado Department of Revenue
P.O. Box 17087
Denver, CO	80261-0013

Colorado Elite Sports Complex, Inc. dba Coplex
1776 Boxelder Street
Louisville, CO	80027

Comcast
PO Box 60533
City of Industry, CA   91716-0533

Commercial Interiors
6002 Byrd Drive
Loveland, CO 80538


Convergint Technologies, LLC
35257 Eagle Way
Chicago, IL   60678-1352


Czero, Inc.
1306 Blue Spruce Drive
Fort Collins, CO        80524


Dan Shaner
2960 Inca Street, Unit 306
Denver, CO 80202


Daniel Llewellyn
14 Vale Place
Ramsgate            CT11 9LL


David Cox
64 Sunninghill Circuit
Mount Ousley, NSW, 2519, AUS


David Guro
6452 Eichler Circle
Coopersburg, PA  18036


David Wortmann
Belforter Strasse 1
Berlin 10405, Germany


De Nora Tech, LLC
7590 Discovery Lane
Concord, OH  44077

Denver Fluid System Solutions, Inc.
9500 West 49th Avenue, D-103
Wheat Ridge, CO        80033


Denver Tech LLC dba
CMIT Solutions Of Boulder
2770 Arapahoe Rd., #132-209
Lafayette, CO  80026


DigiKey
PO Box 250
Thief River Falls, MN 56701


Direct Hire Solutions dba Nexus Staffing Solutions
7100 W 44th Avenue, Suite 200
Wheat Ridge, CO        80033


DWR Eco GmbH
Belforter Straße 1
Berlin   BE       10405


Dynapower Company LLC
85 Meadowland Drive South
Burlington, VT          05403


Eckman Tech LLC
2331 15th Avenue
Moline, IL      61265


Edison Welding Institute, Inc
1250 Arthur E. Adams Drive
Columbus, OH          43221


Equilibar, LLC
320 Rutledge Road
Fletcher, NC   28732

Eric Benson
1212 Monroe Street
Denver, CO 80206


Eric Mann
6018 Coors Court
Arvada, CO  80004


Eric Seymour
2625 Willow Creek Drive
Fort Collins, CO 80525-6150


Erik Herrera
6727 Redwood Court
Cheyenne, WY 82009


Erik Scher
CO True North Management Partners, LLC
2390 E. Camelback Road, Suite 203
Phoenix, AZ   85016


Erik Scher
CO True North Management Partners, LLC
2390 E. Camelback Road, Suite 203
Phoenix, AZ  85016


Erika Remy
301 Quail Ridge Circle
Littleton, CO  80126


eShares, Inc. DBA Carta, Inc.
333 Bush Street, Floor 23
San Francisco, CA     94104


Evoqua Water Technologies, LLC
28563 Network Place
Chicago, IL    60673-1285

Exponent, Inc.
10850 Richmond Avenue, Suite 175
Houston, TX   77042


Fabrisonic LLC
1250 Arthur E Adams Drive
Columbus, OH        43221


Faraday Technology, Inc.
315 Huls Drive
Englewood, OH       45315


Fauske & Associates, a division of Stone & Webster, LLC
16W070 83rd Street
Burr Ridge, IL 60527


Fedex Freight
PO Box 10306
Palatine, IL    60055-0306


Flow Fire Protection, Inc.
3054 Lake Canal Court
Fort Collins, CO       80524


Francisco Sanchez
1769 Geneva Street
Aurora, CO 80010


FuelCellStore
1 West Bronze Lane
Bryan, TX      77807


General Air Service & Supply
1105 Zuni St
Denver, CO    80204

Case:23-14706-KHT Doc#:29 Filed:10/23/23 Entered:10/23/23 10:47:44 Page10 of 20

George Hambro
CO True North Management Partners, LLC
2390 E. Camelback Road, Suite 203
Phoenix, AZ   85016


George Tsekouras
26/313-323 Crown Street
Wollongong,  NSW 2500, Australia


Global Industrial Equipment Company Inc
29833 Network Place
Chicago, IL    60673-1298


Global Retirement Partners, LLC
dba Strategic Resources Consultants
1733 Woodside Road, Suite 350
Redwood City, CA     94061


GoEngineer, Inc.
739 East Fort Union Blvd
Midvale, UT   84047


Greg Argys
1074 W 140th Drive
Westminster, CO 80023


Gregory Kumor
3638 Blue Flax Ct
Fort Collins, CO  80521


Haley Manchester
1146 Fern Street
Broomfield, CO  80020


The Hartford
PO Box 660916
Dallas, TX     75266-0916

Huckleberry Roasters
4301 Pecos St
Denver, CO   80211


Ivo Steklac
6567 S. Prince St.
Littleton, CO  80120


James Greer aka Bob Grier
664 Great Basin Ct.
Berthoud, CO 80513


Jared Smith
65 Dobbie Avenue
East Corrimal, NSW, 2518, AUS


Jiajia Deng
18 Townsend Street
Fairy Meadow, NSW 2519, Australia


Jonas Kulberg-Savercool
3465 Walnut Street, Apt 1021
Denver, CO 80205


Jordan Wallace
13670 Via Varra, Apt. 312
Broomfield, CO 80020-97385


Joseph Arencibia
1745 W. 33rd Avenue
Denver, CO  80211


K&M Communications
7100 Broadway Suite 6-H
Denver, CO    80221


Kaeser Compressors, Inc.

PO Box 946  
Fredericksburg, VA    22404

Karen Katzenberger  
9139 W 50th Ln #202  
Arvada, CO   80002

Ken Pasterczyk  
400 East Ohio Street, Unit 2602  
Chicago, IL    60611

Ketiv Technologies Inc.  
3010 Saturn Street, Suite 100  
Brea, CA        92821

Kevin Eggers   CO AP Ventures  
PO Box 1439  
Enfield           EN1 9NB

Kevin Roback  
6929 Reno Drive  
Arvada, CO   80002

Kristian Queddeng  
212/30 Gladstone Ave  
Wollongong NSW 2500, AUS

Leydig, Voit & Mayer, Ltd.  
Two Prudential Plaza, Suite 4900  
Chicago, IL    60601-6731

Littler Mendelson, PCPO  
Box 207137  
Dallas, TX       75320-7137

Lorraine Paskett  
4138 Cambridge Road  
La Canada Flintridge, CA  91011

Lumen  
PO Box 52187  
Phoenix, AZ   85072-2187

Macy Stoneback  
CO True North Management Partners, LLC  
2390 E. Camelback Road, Suite 203  
Phoenix, AZ   85016

Maria Cooper  
CO True North Management Partners, LLC  
2390 E. Camelback Road, Suite 203  
Phoenix, AZ  85016

Mark Romano  
119684 Ridge Parkway, Apt 215  
Broomfield, CO  80021

Matrix Technologies Incorporated  
12041 Tejon Street, Suite 510  
Westminster, CO        80234

Matthew S. Ahearn  
CO True North Management Partners, LLC  
2390 E. Camelback Road, Suite 203  
Phoenix, AZ   85016

McMaster-Carr  
PO Box 7690  
Chicago, IL    60680-7690

Michael J. Ahearn  
CO True North Management Partners, LLC  
2390 E. Camelback Road, Suite 203  
Phoenix, AZ   85016

Michael Schwener
110 Judson Street
Longmont, CO  80501


Midland Scientific, Inc.
10651 Chandler Rd., Ste. 102
LaVista, NE   68128


Mor Kombucha
6404 Benton Street
Arvada, CO    80003


Moybrook Pty Ltd
12 Campbell Street
Woonona, NSW, 2517, AUS


MTech Mechanical
12300 Pecos Street
Westminister, CO      80234


NanoScience Instruments, Inc.
10008 S. 51st Street, Suite 110
Phoenix, AZ   85044


Nathan Schuh
12205 Perry Street, Lot 3
Broomfield, CO  80020


Neil Akin
6653 Urban Street
Arvada, CO  80004


Nicholas Walker
31370 Robinson Hill Road
Golden, CO 80403


Organized Light Technology, Inc.

146 Talamine Ct.
Colorado Springs, CO 80907


Paul H. Gesswein & Co., Inc.
201 Hancock Avenue
Bridgeport, CT 06605-0936


Piper Electric Company Inc.
5960 Jay Street, Unit A
Arvada, CO 80003


Procurify Technologies, Inc.
300-455 Granville Street
Vancouver, BC V6C 1T1


Propel Software Solutions, Inc.
451 El Camino Real, Suite 110
Santa Clara, CA 95050


Quality of Colorado
8836 Eldora St.
Arvada, CO 80007


Ravinder K. Oswal
CO True North Management Partners, LLC
2390 E. Camelback Road, Suite 203
Phoenix, AZ 85016


Ravix Group, Inc
226 Airport Parkway, Suite 400
San Jose, CA 95110


Rexel USA, Inc.
PO Box 840638
Dallas, TX 75284-0638


Robert Massingill

120 Edgeview Drive
Broomfield, CO 80021


Robert Thompson
CO True North Management Partners, LLC
2390 E. Camelback Road, Suite 203
Phoenix, AZ 85016

Rocky Mountain Air Solutions
Dept 78716
PO Box 78000
Detroit, MI 48278-0716


RTO Group, Ltd., The
200 Quebec Street, Building 600-201
Denver, CO 80230


Ryan Cammarata
971 Vetch Circle
Lafayette, CO 80026


SAEV Guernsey Holdings Limited
Two Allen Center, 31st Floor
1200 Smith St.
Houston, TX 77002


SameDay Office Supply
7315 S Revere Pkwy, Ste 601
Centennial, CO 80112


Sandeep Nijhawan
2100 Riverside Lane
Boulder, CO 80034


Sanford Morton
2245 Spruce St., Apt. C
Boulder, CO 80302

sbh4 GmbH
Kranzlstrasse 21
Geretsried, OT82538


Sean Fyola
1146 Fern Street
Broomfield, CO  80020


Sigma-Aldrich, Inc.
PO Box 734283
Chicago, IL    60673-4283


Silicon Valley Bank
PO Box 660254
Dallas, TX    75266-0254


SmartSheet, Inc.
500 108th Ave NE, Ste 200
Bellevue, WA 98004


Solecta, Inc.
4113 Avenida de la Plata
Oceanside, CA         92056


Stanford Research Systems
1290-D Reamwood Ave
Sunnyvale, CA         94089


Sterling Edge Industrial Cutting LLC
601 South Jason Street #103
Denver, CO 80223


Steven C. Hamm
8455 S. Piney Point Street
Highlands Ranch, CO  80126


Steven D. Kloos

CO True North Management Partners, LLC
2390 E. Camelback Road, Suite 203
Phoenix, AZ   85016


Stinson LLP
1850 N. Central Avenue, Suite 2100
Phoenix, AZ   85004-4584


Stratabeat, Inc.
67 S. Bedford Street, Suite 400
Burlington, MA        01803


Strategic Retirement Partners
4340 Redwood Highway, Suite B-60
San Rafael, CA         94903


Swiegers Family Trust
1518 Friar Tuck Ct
Lafayette, CO 80026


Synata Bio, Inc.
4575 Weaver Parkway
Warrenville, IL         60555


Tepuy Properties
5277 Manhattan Circle, Suite 200
Boulder, CO   80303


Thomas Mannik
9166 Martin Luther King Blvd
Denver, CO 80238


Thomas Ortiz
CO True North Management Partners, LLC
2390 E. Camelback Road, Suite 203
Phoenix, AZ  85016

TNVP Services, Inc.
2390 E Camelback Road, Suite 203
Phoenix, AZ   85016


TPG Air, LLC and TPG Boxelder, LLC
CO The Paskin Group
735 State Street, Suite 416
Santa Barbara, CA    93101


True North Management Partners LLC
2390 E Camelback Road, Suite 203
Phoenix, AZ   85016


True North Venture Holdings, LLC
2390 E. Camelback Road, Suite 203
Phoenix, AZ  85016


TTP plc
Melbourn Science Park
Melbourn SG8 6EE


United Filtration Systems, Inc.
6558 Diplomat Dr.
Sterling Heights, MI   48314


USI Insurance Services, LLC
PO Box 62937
Virginia Beach, VA   23466


Vacuum Process Engineering, Inc.
110 Commerce Circle
Sacramento, CA       95815


Wayne Hemzacek
3534 W. 112th Circle
Westminster, CO 80031

Western Disposal Services
PO Box 174466
Denver, CO 80217-4466

Will Kroll
41300 SE Loudon Rd.
Corbett, OR 97019

William K. James
CO True North Management Partners, LLC
2390 E. Camelback Road, Suite 203
Phoenix, AZ 85016

Winslow Crane Service Co.
301 W. 60th Place
Denver, CO 80216

Worldwide Express
PO Box 733360
Dallas, TX 75373

Xcel Energy
PO Box 9477
Minneapolis, MN 55484-9477

Bill.com
6220 America Center Drive, Suite 100
San Jose, CA 95002

Expensify
401 SW 5th Ave
Portland, OR 97223

Intuit Inc. DBA QuickBooks
2700 Coast Ave.
Mountain View, CA 94043

J.P. Morgan Chase
270 Park Avenue
New York, NY 10017