UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| AQUAHYDREX, INC., | ) | Case No. 23-14706 KHT |
| | ) | Chapter 7 |
| Debtor. | ) | |

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER**

On December 18, 2023, M. Stephen Peters, chapter 7 trustee, Movant, filed a application pursuant to L.B.R. 9013-1 entitled **Application to Allow and Pay Administrative Expenses** (the "Application"). Movant hereby certifies that the following is true and correct:

1. Service of the Application, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the Application on December 18, 2023.

2. Mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1, as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the notice on December 18, 2023.

3. The docket numbers for each of the following relevant documents are:
   a. the Application and all documents attached thereto and served therewith, (Docket No. 60);
   b. the notice, (Docket No. 61);
   c. the certificate of service of the Application and the notice, (Docket No. 62); and
   d. the proposed order, (Docket No. 60).

4. No objections to or requests for hearing on the Application were received by the undersigned or filed with the court.

WHEREFORE, Movant prays that the court forthwith enter an order, a form of which was submitted with the Application, granting the requested relief.

DATED this 9th day of January 2024.

        Respectfully submitted,

        WADSWORTH GARBER WARNER CONRARDY, P.C.

        */s/ Aaron J. Conrardy*
        Aaron J. Conrardy, #40030
        2580 W. Main St., Suite 200
        Littleton, Colorado 80120
        303-296-1999 / 303-296-7600 FAX
        aconrardy@wgwc-law.com
        *Attorneys for M. Stephen Peters, chapter 7 trustee*